Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 AUG -5 AM 10: 20
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Mark Wilson,
Plaintiff

vs

Mike Poulos, as an individual, and as the Warden from California Institution for Men; Lori Di Carlo, as an individual, and as the Warden from California Institution for Men;
"See Attachment A"
DEFENDANTS

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1412 JLS JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Ritter & Associates
2869 India Street
San Diego, CA 92103
(619) 296-0123

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG - 5 2008
DATE

R. MULLIN

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

"Attachment A"

Matthew Cate, as an individual and as the Secretary from the California Department of Corrections and Rehabilitation; James Tilton, as an individual and as the Secretary from the California Department of Corrections and Rehabilitation; Roderick Hickman, as an individual and as the Secretary from the California Department of Corrections and Rehabilitation, and DOES 1-50, DEFENDANTS J.C.